IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00124-CV

 

T.C. & C. Real Estate Holdings, Inc.,

                                                                      Appellant

 v.

 

Danny R. Sherrod and Wife, 

Wendy Sherrod,

                                                                      Appellees

 

 



From the 77th District Court

Limestone County, Texas

Trial Court No. 27,034-A

 



BRIEFING ORDER










 

          The parties are notified that the
Court questions its jurisdiction because the plaintiff amended its original
petition, adding another cause of action, after the defendants filed their
motion for summary judgment.

          The parties are ordered to brief the
question whether the trial court’s judgment is a final, appealable order.  See
Lehmann v. Har-Con Corp., 39 S.W.3d 191 (Tex. 2001).  Appellant’s  brief
 is  due  within  21 days from the date of this Order.   Appellees’ brief is
due




 within 21 days from the date Appellant files
its brief.

 

                                                                   PER
CURIAM

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Order
issued and filed May 31, 2006

Do
not publish 






sons for a severance are to do justice, avoid prejudice and
further convenience.  St. Paul Ins. Co. v. McPeak, 641 S.W.2d 284
(Tex.App.--Houston [1st Dist] 1982, writ ref'd n.r.e.).

 

Guaranty Federal Sav. Bank v.
Horseshoe Operating Co., 793
S.W.2d 652, 658 (Tex. 1990)

Conclusion

          For these reasons. I
dissent from the severance and reinstatement order.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Dissenting opinion delivered and filed May 25,
2005